UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Juan Carlos Aracena-Cabrera,

Defendant.

No. 25CR161 (RA)

ORDER

Ronnie Abrams, U.S. District Judge:

IT IS HEREBY ORDERED THAT the conditions of supervised release are modified to include the addition of the following condition:

**You must be monitored by location monitoring technology at the discretion of the probation officer for a period of <u>90 days</u> and must abide by all technology requirements. You must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer. The selected form of location monitoring technology must be utilized to monitor the following restriction on your movement in the community as well as other court-imposed conditions of release: You are restricted to your residence every day from 10:00 p.m. to 6:00 a.m., or as directed by the supervising probation officer (curfew).**

SO ORDERED.

Dated:       April 24, 2026
             New York, New York

Honorable Ronnie Abrams
U.S. District Judge